

**Thomas G. Bruton**
CLERK

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

May 30, 2013

Clerk of the Court
United States District Court
Southern District of California
333 West Broadway, Suite 420
San Diego, CA 92101

RE: Pasquesi et al v. Portfolio Recovery Associates, Inc
MDL No.      MDL No. 2295
USDC Case No. 1:13-cv-1935

Dear Clerk:

Enclosed is the certified record which is being transferred to your court pursuant to an order entered by the MDL Judicial Panel on 5/28/2013

■    was electronically transmitted to Southern District of California

Please acknowledge receipt.

Sincerely yours,

Thomas G. Bruton, Clerk

By:    /s/Maria G. Hernandez
            Deputy Clerk

New Case No. _____    Date _____

cc:    Non-ECF Attorneys and Pro se Parties